Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MADDOX;<br><br>    Plaintiff,<br><br>v.<br><br>CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION; DOUGLAS J. BYSTRY; KRISTY OLLENDORFF; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-00427-KJD-DJA<br><br><br>**STIPULATION & ORDER TO CONTINUE EARLY AND NEUTRAL EVALUATION CONFERENCE**<br><br>(First Request) |

Plaintiff Brian Maddox and Defendants Clearinghouse Community Financial Institution, Douglas J. Bystry and Kristy Ollendorff, by and through undersigned counsel, hereby stipulate and agree to continue the Early & Neutral Evaluation currently scheduled in this matter for October 12, 2021 at 9:00 a.m. until a date and time convenient with the Court in mid-December 2021.  Notably, the parties are conducting basic discovery in this matter which will enable them

. . .

. . .

. . .

. . .

. . .

. . .

and the Court to meaningfully assess the respective strengths and weaknesses of each party's claims and defenses.

Dated this 1<u>st</u> day of October, 2021

Marquiz Law Office
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Plaintiff

Resnick & Louis, P.C.

By: /s/ Elizabeth C. Spauer, Esq.
Prescott Jones, Esq.
Elizabeth C. Spauer, Esq.
8925 West Russell Rd., Ste. 220
Las Vegas, NV 89148
Attorneys for Defendants

## ORDER

Pursuant to Stipulation and good cause appearing, it is hereby ORDERED that the ENE currently scheduled for October 12, 2021 at 9:00 a.m. is VACATED. The ENE is rescheduled for January 20, 2022 at 9:00 a.m.

IT IS FURTHER ORDERED that no further continuances of the ENE will be granted.

DATED this 4th of October, 2021.

Hon. Elayna J. Youchah
United States Magistrate Judge

2