Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MADDOX;<br><br>              Plaintiff,<br><br>v.<br><br>CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION; DOUGLAS J. BYSTRY; KRISTY OLLENDORFF; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>              Defendants. | Case No.:  2:21-CV-00427-KJD-DJA<br><br>**STIPULATION & ORDER TO CONTINUE EARLY AND NEUTRAL EVALUATION AND CORRESPONDING BRIEFING SCHEDULE**<br><br>(Second Request) |

      Plaintiff Brian Maddox and Defendants Clearinghouse Community Development Financial Institution, Douglas J. Bystry and Kristy Ollendorff (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to continue the parties' Early & Neutral Evaluation Session ("ENE") (currently scheduled for January 28, 2022 at 9:00 a.m.) and corresponding briefing schedule due to a severe knee injury sustained by Plaintiffs' counsel on January 2, 2022 for which he will be receiving reconstructive surgery on January 24, 2022.  The parties have conferred and offer the following dates of availability for their ENE on February 23 or March 1, 2 or 3.

. . .

. . .

. . .

This is the parties' second request to continue their ENE conference and briefing schedule.

DATED this 21st day of January, 2022.

| Marquiz Law Office<br>Professional Corporation | Resnick & Louis, P.C. |
|---|---|
| By: /s/ Craig A. Marquiz, Esq.<br>Craig A. Marquiz, Esq.<br>3088 Via Flaminia Court<br>Henderson, NV 89052<br>Attorney for Plaintiff | By: /s/ Elizabeth C. Spaur, Esq.<br>Precott T. Jones, Esq.<br>Elizabeth C. Spaur, Esq.<br>8925 W. Russell Rd., Ste. 220<br>Las Vegas, NV 89148<br>Attorneys for Defendants |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation & Order to Continue Early Neutral Evaluation and Corresponding Briefing Schedule (ECF No. 23) is GRANTED.

IT IS FURTHER ORDERED that the ENE Session currently set for January 28, 2022 at 9:00 a.m. is VACATED and rescheduled to March 15, 2022 at 9:00 a.m. Plaintiff must report to the chambers of the undersigned Magistrate Judge at 9:00 a.m. Defendants must report to the chambers of the undersigned at 9:30 a.m.

IT IS FURTHER ORDERED that the confidential ENE statements, with exhibits, shall be delivered electronically to Emily_Santiago@nvd.uscourts.gov on March 8, 2022.

UNITED STATES MAGISTRATE JUDGE

**Dated:  January 24, 2022**