Marquiz Law Office
Professional Corporation

3088 Via Flaminia Court
Henderson, NV 89052
Phone: (702) 263-5533
Fax: (702) 263-5532
Craig A. Marquiz, Esq.
NV Bar #7437

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MADDOX;<br><br>Plaintiff,<br><br>v.<br><br>CLEARINGHOUSE COMMUNITY DEVELOPMENT FINANCIAL INSTITUTION; DOUGLAS J. BYSTRY; KRISTY OLLENDORFF; DOES 1 through 100, inclusive; and ROE CORPORATIONS I through 100, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00427-KJD-DJA<br><br>**STIPULATION & ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Brian Maddox and Defendants Clearinghouse Community Financial Institution, Douglas J. Bystry and Kristy Ollendorff, by and through undersigned counsel, hereby stipulate

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

and agree to dismiss the above-referenced matter with prejudice, with each party bearing his, its or her own attorney's fees and costs.

Dated this 14th day of June, 2022

**Marquiz Law Office**
Professional Corporation

By: /s/ Craig A. Marquiz, Esq.
Craig A. Marquiz, Esq.
3088 Via Flaminia Court
Henderson, NV 89052
Attorney for Plaintiff

**Resnick & Louis, P.C.**

By: /s/ Prescott Jones, Esq.
Prescott Jones, Esq.
8925 West Russell Rd., Ste. 220
Las Vegas, NV 89148
Attorneys for Defendants

## **ORDER**

Pursuant to Stipulation and good cause appearing, it is hereby ORDERED that the above-referenced matter is dismissed with prejudice and for each party to bear its, his or her own attorney's fees and costs.

DATED this 15th of June, 2022.

_____
Kent J. Dawson
United States District Judge